# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE A. MCGEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION dba FANNIE MAE,<br><br>　　　　Defendant. | Case No. 2:14-cv-00335-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#25) filed May 21, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 9, 2015. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

　　　**IT IS ORDERED** that

　　　　1.　Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 23, 2015**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 14th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge