UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCINE A. McGEE, | Case No. 2:14-CV-335 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CITIMORTGAGE, et al., | |
| Defendant(s). | |

Presently before the court is defendant Federal National Mortgage Association's motion to dismiss plaintiff's complaint. (Doc. # 35). Plaintiff has not filed a response and the deadline to do so has passed.

"To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Id.* (citing *Bell Atlantic*, 550 U.S. at 557). However, where there are well pled factual allegations, the court should assume their veracity and determine if they give rise to relief. *Id.* at 1950.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

**James C. Mahan**
**U.S. District Judge**

disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

In light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal of plaintiff's complaint appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED defendant Federal National Mortgage Association's motion to dismiss plaintiff's complaint (doc. # 35) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs' complaint (doc. # 1) be dismissed without prejudice.

DATED February 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**